RUTAN ESTATES, INC., PLAINTIFF-RESPONDENT, v. TOWN OF BELLEVILLE, DEFENDANT-PETITIONER.

See same case below: 56 *N. J. Super.* 330.

*Mr. Lawrence E. Keenan* and *Mr. Robert C. Gruhin* for the petitioner.

*Mr. Max Sherman* for the respondent.

October 5, 1959.   Denied.

ABRAHAM MAYER *ET AL.*, PLAINTIFFS-RESPONDENTS, v. BOARD OF ADJUSTMENT OF THE TOWN OF MONT-CLAIR, DEFENDANT-PETITIONER.

See same case below: 56 *N. J. Super.* 296.

*Mr. Samuel Allcorn, Jr.,* for the petitioner.

*Messrs. Porter & Hobart, Mr. Samuel Rosenblatt* and *Mr. Nicholas H. Hagoort, Jr.,* for the respondents.

October 5, 1959.   Granted.